Columbia Casualty Company, Appellant, v. Edward Mitchell, David Jaynes, Individually and as Administrator of Estate of Hattie Nesbit, Deceased et al., Defendants. Edward Mitchell, Appellee.

Gen. No. 43,363.

326

opinion filed June 26, 1946; rehearing denied September 6, 1946; released for publication September 9, 1946. Vogel & Bunge, for appellant; George C. Bunge and Frank H. Masters, Jr., of counsel; Joseph F. Elward, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.